UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61278-CIV-ALTONAGA/Brown

**VLADIMIR KOLL**, *et al.*,

    Plaintiffs,

vs.

**MICHAEL B. MUKASEY**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs, Vladimir Koll and Lyudmila Kuleva's Motion to Strike [D.E. 18], filed on October 30, 2008. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 18]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of October, 2008.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Vladamir Koll, *pro se*
       Lyudmila Kuleva, *pro se*
       3930 North 56 Avenue #402
       Hollywood, Florida  33021